## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

DONALD ANDERSON                    )
                                   )
             *Plaintiff,*           )        **Civil Action: 5-18-cv-1116 (GLS/ATB)**
                                   )
AMERICAN FOOD AND                  )
VENDING ENTERPRISES, INC.          )
                                   )
             *Defendant.*           )
_____    )

## CORPORATE DISCLOSURE STATEMENT

Defendant American Food & Vending Enterprises, Inc. ("AFV"), pursuant to Federal Rule of Civil Procedure 7.1, hereby discloses the following:

1.    Plaintiff Donald Anderson was employed by Defendant American Food & Vending Enterprises, Inc., which is a wholly-owned subsidiary American Food & Vending Corporation.

2.    No publicly held company owns ten percent (10%) or more of American Food & Vending Corporation or American Food & Vending Enterprises, Inc.

Dated:  October 24, 2018                    Respectfully Submitted,

                                            _____*/s/ Patrick V. Melfi*_____
                                            Patrick V. Melfi, Bar Roll No. 513164
                                            Kerry W. Langan, Bar Roll No. 515285
                                            Bond, Schoeneck & King, PLLC
                                            One Lincoln Center
                                            Syracuse, NY  13202
                                            Telephone:  (315) 218-8000
                                            Facsimile:  (315) 218-8100
                                            Email:  pmelfi@bsk.com
                                            Email:  klangan@bsk.com

                                            *Attorneys for Defendant AFV*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2018, I electronically filed the foregoing *Corporate Disclosure Statement* with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> James D. Hartt, Esq.
> 70 Linden Oaks – 3rd Floor – Suite 11
> Rochester, NY 14625
> (585) 490-7100
>
> *Attorneys for Plaintiff*

/s/ Patrick V. Melfi
Patrick V. Melfi

2

3235313.1